## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TODAY MEDIA, INC. | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No.: _____ |
| | : | |
| CBR MEDIA LLC | : | JURY OF 12 DEMANDED |
| Defendant. | : | |

## PLAINTIFF TODAY MEDIA, INC.'S
## MOTION FOR TEMPORARY RESTRAINING ORDER

Plaintiff Today Media, Inc., by its undersigned counsel, hereby files this motion for a

Temporary Restraining Order to be issued against Defendant CBR Media to maintain the status

quo until such time as the merits of the Complaint can be determined. The grounds for this

motion are fully explained in the Verified Complaint and Memorandum of Law in Support of

said Motion.

WHEREFORE, Plaintiff respectfully requests that its motion be granted and that the

Court enter the proposed Temporary Restraining Order submitted herewith.

**SAUL EWING LLP**

Michael F. Bonkowski (No. 2219)
Kimberly M. Large (No. 4422)
222 Delaware Avenue, Suite 1200
Wilmington, DE 19899-1266
(302) 421-6863 (phone)
(302) 421-5869 (fax)
mbonkowski@saul.com
klarge@saul.com

Attorney for Plaintiff, Today Media, Inc.

Of Counsel:
Sherry H. Flax
SAUL EWING LLP
500 E. Pratt St. Suite 900
Baltimore, MD 21202
(410) 332-8784

545202 1 2 16 07

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| TODAY MEDIA, INC.<br>　　　　Plaintiff, | : |
| v. | : Civil Action No.: _____ |
| CBR MEDIA LLC<br>　　　　Defendant. | : JURY OF 12 DEMANDED |

## ORDER

Upon consideration of the Motion of Plaintiff Today Media, Inc. for a Temporary Restraining Order, together with the Verified Complaint and Memorandum of Law in Support of said Motion, it is this _____ day of February, 2007, by the United States District Court for the District of Delaware, hereby ORDERED:

1. That Plaintiff's Motion be and the same hereby is GRANTED; and

2. That Defendant CBR Media, LLC ("Defendant") shall immediately cease and desist from any and all use of the term MAINLINE, or any colorable imitation of the MAIN LINE TODAY trademark, in connection with the title of its magazines, including:

　　a. Removing the term MAINLINE from the cover of the magazine on Defendant's Internet site;

　　b. Recalling and removing all magazines that bear the title MAINLINE from vendors and retail establishments; and

　　c. Ceasing production or printing of magazine covers that bear the title MAINLINE.

3. The requirement for posting of a Bond with surety is waived based on the lack of any apparent damages that Defendant may sustain by reason of the issuance of this temporary restraining order.

4.    This ORDER shall be served upon the Defendants (either personally or on their

agent or counsel) by no later than _____.

5.    This ORDER shall expire ten (10) days from date of entry by the Clerk unless

further extended by the Court; and

6.    This matter shall be set for a hearing on Plaintiff's Motion for Preliminary

Injunction, said hearing to occur within ____ days of the date hereof.

United States District Judge

-2-