

**SAUL EWING**
Attorneys at Law
A Delaware LLP

Celebrating 85 years of service.

Kimberly M. Large
Phone: (302) 421-6826
Fax: (302) 421-5883
klarge@saul.com
www.saul.com

February 16, 2007

**VIA FACSIMILE (302-573-6451)**

Attn: Betty, District Court Clerk's Office

Re: *Today Media v. CBR Media, LLC*, Delaware District Court

Dear Betty:

Our paralegal, Anthony Iannini, just contacted you. On behalf of Today Media, Inc., we just filed a Verified Complaint and Motion for TRO and supporting documents. We would like to get a hearing date and time for the TRO motion to be heard as soon as possible; Michael Bonkowski will be lead counsel for purposes of the hearing and he is generally available from Wednesday, Feb. 21 through the balance of next week. If a hearing must be scheduled later than next week, please feel free to contact Mr. Bonkowski at 302-421-6863 or his assistant, Mary Vandermark, at 302-421-6837. Thank you very much for your prompt attention.

Sincerely,

Kimberly M. Large

Enclosures
cc: Michael Bonkowski, Esquire
    Sherry Flax, Esquire

*FILED*
*2007 FEB 16 PM 4: 31*
*CLERK U.S. DISTRICT COURT*
*DISTRICT OF DELAWARE*

P.O. Box 1266 • Wilmington, DE 19899-1266 • Phone: (302) 421-6800 • Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 • Wilmington, DE 19801-1611

BALTIMORE   CHESTERBROOK   HARRISBURG   NEWARK   PHILADELPHIA   PRINCETON   WASHINGTON   WILMINGTON
545278 1 2/16/07
A DELAWARE LIMITED LIABILITY PARTNERSHIP