## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TODAY MEDIA, INC., <br><br> Plaintiff, <br><br> v. <br><br> CBR MEDIA LLC, <br><br> Defendant. | Civil Action No. 07-00087 <br><br> JURY TRIAL DEMANDED |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

William M. Kelleher, a member of the bar of this Court, pursuant to District Court Local Rule 83.5, moves the admission *pro hac vice* of Corey Field of the law firm of Ballard Spahr Andrews & Ingersoll, LLP, 1735 Market Street, 51st Floor, Philadelphia, Pennsylvania 19103-7599 to represent CBR Media LLC in the above-captioned case.

Dated: February 21, 2007

BALLARD SPAHR ANDREWS
& INGERSOLL, LLP

/s/ William M. Kelleher
William M. Kelleher, Esquire (No. 3961)
919 Market Street, 12th Floor
Wilmington, DE 19801-3034
Phone: (302) 252-4465
Facsimile: (302) 252-4466
E-mail: kelleherw@ballardspahr.com

Counsel for the Defendant, CBR Media LLC

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to District Court Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the Commonwealth of Pennsylvania, the Eastern District of Pennsylvania, the United States Court of Appeals for the Federal Circuit, and the United States Court of Appeals for the Third Circuit, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: February 20, 2007

By: *Corey Field*
Corey Field, Esquire
Ballard Spahr Andrews & Ingersoll, LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Phone: (215) 864-8130
Facsimile: (215) 864-9120
E-mail: fieldc@ballardspahr.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

BY THE COURT:

Dated: _____         _____
                               United States District Court Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to District Court Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the Commonwealth of Pennsylvania, the Eastern District of Pennsylvania, the United States Court of Appeals for the Federal Circuit, and the United States Court of Appeals for the Third Circuit, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: February __, 2007

By: _____
Corey Field, Esquire
Ballard Spahr Andrews & Ingersoll, LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Phone: (215) 864-8130
Facsimile: (215) 864-9120
E-mail: fieldc@ballardspahr.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

**BY THE COURT:**

Dated: _____     _____
United States District Court Judge

## CERTIFICATE OF SERVICE

I, William M. Kelleher, hereby certify that on this 21st day of February, 2007, I have served a true and correct copy of the foregoing Motion and Order for Admission Pro Hac Vice upon the following counsel via Hand Delivery:

Michael F. Bonkowski, Esquire
Kimberly M. Large, Esquire
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
Wilmington, DE 19899-1266

                                      By: /s/ William M. Kelleher
                                          William M. Kelleher, Esq. (No. 3961)
                                          Ballard Spahr Andrews & Ingersoll, LLP
                                          919 North Market Street, 12th Floor
                                          Wilmington, DE 19801-3034
                                          Phone: (302) 252-4465
                                          Facsimile: (302) 252-4466
                                          E-mail: kelleherw@ballardspahr.com

                                          Counsel for the Defendant