IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TODAY MEDIA, INC., | : |
|                Plaintiff, | : |
|         v. | :   Civil Action No. 07-00087 |
| CBR MEDIA LLC, | :   JURY TRIAL DEMANDED |
|                Defendant. | : |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

William M. Kelleher, a member of the bar of this Court, pursuant to District Court Local Rule 83.5, moves the admission *pro hac vice* of Roberta Jacobs-Meadway of the law firm of Ballard Spahr Andrews & Ingersoll, LLP, 1735 Market Street, 51st Floor, Philadelphia, Pennsylvania 19103-7599 to represent CBR Media LLC in the above-captioned case.

Dated: February 21, 2007

BALLARD SPAHR ANDREWS
& INGERSOLL, LLP

/s/ William M. Kelleher
William M. Kelleher, Esquire (No. 3961)
919 Market Street, 12th Floor
Wilmington, DE 19801-3034
Phone: (302) 252-4465
Facsimile: (302) 252-4466
E-mail: kelleherw@ballardspahr.com

Counsel for the Defendant, CBR Media LLC

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to District Court Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the Commonwealth of Pennsylvania and the State of New Jersey, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: February 20, 2007

By: /s/ Roberta Jacobs-Meadway
Roberta Jacobs-Meadway, Esquire
Ballard Spahr Andrews & Ingersoll, LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Phone: (215) 864-8201
Facsimile: (215) 864-9950
E-mail: jacobsmeadwayr@ballardspahr.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

BY THE COURT:

Dated: _____

_____
United States District Court Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to District Court Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the Commonwealth of Pennsylvania and the State of New Jersey, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: February __, 2007

By: _____
Roberta Jacobs-Meadway, Esquire
Ballard Spahr Andrews & Ingersoll, LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Phone: (215) 864-8201
Facsimile: (215) 864-9950
E-mail: jacobsmeadwayr@ballardspahr.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

**BY THE COURT:**

Dated: _____      _____
United States District Court Judge

DMEAST #9730031 v1

**CERTIFICATE OF SERVICE**

I, William M. Kelleher, hereby certify that on this 21st day of February, 2007, I have served a true and correct copy of the foregoing Motion and Order for Admission Pro Hac Vice upon the following counsel via Hand Delivery:

Michael F. Bonkowski, Esquire
Kimberly M. Large, Esquire
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
Wilmington, DE 19899-1266

By: /s/ William M. Kelleher
William M. Kelleher, Esq. (No. 3961)
Ballard Spahr Andrews & Ingersoll, LLP
919 North Market Street, 12th Floor
Wilmington, DE 19801-3034
Phone: (302) 252-4465
Facsimile: (302) 252-4466
E-mail: kelleherw@ballardspahr.com

Counsel for the Defendant