IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TODAY MEDIA, INC., <br><br> Plaintiff, <br><br> v. <br><br> CBR MEDIA LLC, <br><br> Defendant. | Civil Action No. 07-00087 <br><br> JURY TRIAL DEMANDED |

### ENTRY OF APPEARANCE

William M. Kelleher, Esquire, of the law firm Ballard Spahr Andrews & Ingersoll, LLP, hereby enters his appearance on behalf of CBR Media LLC, in the above-captioned case.

Dated: February 21, 2007
    Wilmington, Delaware

By: /s/ William M. Kelleher
    William M. Kelleher, Esq. (No. 3961)
    Ballard Spahr Andrews & Ingersoll, LLP
    919 North Market Street, 12th Floor
    Wilmington, DE 19801-3034
    Phone: (302) 252-4465
    Facsimile: (302) 252-4466
    E-mail: kelleherw@ballardspahr.com

    Counsel for the Defendant, CBR Media LLC

## CERTIFICATE OF SERVICE

I, William M. Kelleher, hereby certify that on this 21st day of February, 2007, I have served a true and correct copy of the foregoing Entry of Appearance upon the following counsel via Hand Delivery:

Michael F. Bonkowski, Esquire
Kimberly M. Large, Esquire
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
Wilmington, DE 19899-1266

By: /s/ William M. Kelleher
    William M. Kelleher, Esq. (No. 3961)
    Ballard Spahr Andrews & Ingersoll, LLP
    919 North Market Street, 12th Floor
    Wilmington, DE 19801-3034
    Phone: (302) 252-4465
    Facsimile: (302) 252-4466
    E-mail: kelleherw@ballardspahr.com

    Counsel for the Defendant