IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TODAY MEDIA, INC. | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No.: 07-cv-00087 |
| | : | |
| CBR MEDIA LLC | : | JURY OF 12 DEMANDED |
| Defendant. | : | |

**VOLUNTARY DISMISSAL WITHOUT PREJUDICE
PURSUANT TO RULE 41**

AND NOW, this 1st day of March, 2007, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby voluntarily dismisses the above captioned action (including the Verified Complaint, Motion for Temporary Restraining Order, and all other documents filed in the above captioned action). This voluntary dismissal is without prejudice.

By: _____
Michael F. Bonkowski (No. 2219)
Kimberly M. Large (No. 4422)
SAUL EWING LLP
222 Delaware Avenue, Suite 1200
Wilmington, DE 19899-1266
(302) 421-6863 (phone)
(302) 421-5869 (fax)
mbonkowski@saul.com
klarge@saul.com

Attorney for Plaintiff, Today Media, Inc.

Of Counsel:

Sherry H. Flax
SAUL EWING LLP
500 E. Pratt St. Suite 900
Baltimore, MD 21202
(410) 332-8784

545589.1 3/1/07

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TODAY MEDIA, INC. : |
|     Plaintiff, : |
| : |
| v. : Civil Action No.: 07-cv-00087 |
| : |
| CBR MEDIA LLC : JURY OF 12 DEMANDED |
|     Defendant. : |

**CERTIFICATE OF SERVICE**

I, Kimberly M. Large, do hereby certify that a true and correct copy of the foregoing Voluntary Dismissal Without Prejudice Pursuant to Rule 41 was served this 1st day of March, 2007, via United States mail, postage prepaid, and CM/ECF, addressed to the following:

    William M. Kelleher (No. 3961)
    Ballard Spahr Andrews & Ingersoll, LLP
    919 North Market St, 12th Floor
    Wilmington, DE  19801-3034

    Roberta Jacobs-Meadway
    Bernadine J. Munley
    Corey Field
    Ballard Spahr Andrews & Ingersoll, LLP
    1734 Market Street, 51st Floor
    Philadelphia, PA  19103

By: /s/ Kimberly Large
    Kimberly Large (No. 4422)
    SAUL EWING, LLP.
    222 Delaware Avenue
    P. O. Box 1266
    Wilmington, DE 19899
    302-421-6826
    302-421-5883 (facsimile)
    klarge@saul.com